**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:09cr75 LAC

BETTY JEAN FLORENCE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   August 28, 2009
Motion/Pleadings:   MOTION FOR MENTAL COMPETENCY EVALUATION
Filed by DEFENDANT   on 8/27/09   Doc.# 20

RESPONSES:

                                    on             Doc.#
                                    on             Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     \_\_\_\_ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      *s/Mary Maloy*
LC (1 OR 2)                       Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                s/*L.A. Collier*
                                                ***LACEY A. COLLIER***
                                          *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.