# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                       **CASE NO.:   3:09cr75/LAC**

**BETTY JEAN FLORENCE**

_____

## ORDER

**BEFORE THE COURT** is the government's Ex Parte Motion for a Preliminary Restraining Order in order to preserve and to freeze funds that may be applied toward an order of restitution in the future.  Upon finding that there is justification for the request,

**IT IS HEREBY ORDERED** that Betty Jean Florence shall not transfer, alienate or encumber any assets, specifically an annuity held at Aviva USA, 611 5th Avenue, Des Moines, Iowa, 50309-1603.

**IT IS FURTHER ORDERED** that Aviva USA, 611 5th Avenue, Des Moines, Iowa, 50309-1603, shall not diminish, alienate or transfer any funds presently contained in or designated as Betty Jean Florence's annuity, policy number 590706, until further order of this Court.

DONE and ORDERED this 1st day of September, 2009.


                              s/L.A. Collier
                              _____
                              LACEY A. COLLIER
                              SENIOR UNITED STATES DISTRICT JUDGE