IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                   3:09cr75/LAC

BETTY JEAN FLORENCE,
       Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, BETTY JEAN FLORENCE, to the one count indictment against her is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 4th day of September, 2009.

                                         *s/L.A. Collier*
                                         **LACEY A. COLLIER**
                                         **SENIOR UNITED STATES DISTRICT JUDGE**